# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KEVIN J. S., | Case No. 22-CV-147 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

---

The Court has received the January 23, 2023 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 22.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 22) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED; and

3. The Acting Commissioner's Motion for Summary Judgment (ECF No. 19) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 13, 2023  BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge